# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DWAYNE STRINGER,

        Plaintiff,                     Case Number: 2:17-CV-11004
                                              HONORABLE DENISE PAGE HOOD

v.

SHAVER and McDONALD,

        Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The plaintiff, Dwayne Stringer, filed a civil rights complaint under 42 U.S.C. § 1983. Stringer, who is currently incarcerated at the Macomb Correctional Facility in New Haven, Michigan, failed to pay the filing fee for a civil action or to file the required papers to proceed *in forma pauperis*, 28 U.S.C. § 1915(a)(2). The Court, therefore, issued an Order to Correct Deficiency (Deficiency Order).

The Deficiency Order required Stringer to submit the filing fee or, alternatively, to file an application to proceed *in forma pauperis,* a certified copy of his prisoner trust account statement and a statement of trust fund account for the six-month period immediately preceding the filing of the complaint. The Deficiency Order provided that, if Stringer did not correct the deficiency within thirty days, the complaint would be dismissed. Stringer has failed to correct the deficiency within the time allowed.

Accordingly,

**IT IS ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Application to Proceed Without Praying Fees or Costs is **MOOT**.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: July 12, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 12, 2017, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager